Good morning, your honors. My evaluation is that the plaintiff's name, or any of the names of any of the defendants on the plaintiff's name, may be removed from the roundtable. For your permission, I'd like to address the remaining defendants. You may want to call the lawsuit attorney on the phone as well. On the plaintiff's name, or attorney's name, there are two issues on the issue. First, the plaintiff's attorney is a history coordinator, and can use a licensee as a whole to determine whether specialization is necessary, and must justify or increase. Second, there is a request for help from the District Court now that these claims are related. Alternatively, we're still going to refer you to the Courtship House to look to whether there is a claim to the change in the name, or viability of the plaintiff's name at all. Turning to the first issue of the day, the District Court hearing is failing to look to determine whether state technology or specialized skills were needed in the litigation that are being resourced to the court. In finding out which factors are applying here, the District Court was always part of the plaintiff's motion for preliminary injunction. At page 15 of the reference, the District Court concluded that, quote, the primary issues involved in the preliminary injunction motion were directed to threshold legal questions of whether the challenge to the injunction amounts to an actionable injunction, or a final injunction, of changing its wording. The finding was there. The primary injunction was issued exclusively to the plaintiff's second claim, challenging the failure of the individual's environmental intentions, at page 15 of the reference. Page 15. Page 15. So the question is whether the primary issues were directed to the threshold legal questions. And that finding was there. The preliminary injunction was issued on the basis of the second claim, challenging the failure of the individual's environmental intentions, at page 15 of the reference. This is an interpretation that once you raise the environmental claim, the federal government is going to use it as a question of injunctions. You know, as far as I know, and as far as I'm aware, the court does so many determinations that including the question of injunctions is the only determination. So if I were to log in onto the specialty content area, we're going to make an initial finding that the question of injunctions is there. Okay. Now the area where we're dealing here for abuse of discretion, which is correct, and the issue is that both of the four areas where the fields are engineering, leading to both, there's going to be a why if it's not per se, oh, so if this is an environmental issue and you have a medical specialist, and the district court makes a determination on the nature of what was produced as an issue in an argument, it doesn't require the specialization of why you submitted an abuse of discretion to an individual. The legal error was that the district court failed to look at the entire case to determine whether specialization was necessary. The district court considered only one case, and the court requested their own on the additional subject, which was the two separate questions, actual agency injunctions or partial agency injunctions. Was that true? No. The legal error was looking only to the preliminary injunction motion, and so it was an actual error to conclude that it was a clear error. You believe it was a clear error to conclude it on the basis of the preliminary injunction motion, not the initial injunction that we had? The initial injunction. Yes, the initial legal motion. I think if you're correct, the neighbor man is part of the district court, and we can consider the education as a whole and remake the age of the case. Plaintiffs are allocated for a first law to two legal questions, defining specialization, the need as a whole, and then a second, on the personnel, community, and resources that were achieved. And this court found that it was necessary to re-enact in light of the legal funding that was provided for it. But we believe that the court had all the information that it needed to make this legal error. If I understood it correctly, the preliminary injunction was granted by one judge, and then the preliminary injunction was granted by a different state court judge, and then by a different district court judge. And now, it is mentioned in one of the text cases we made now that the preliminary injunction requires the entire litigation. And I think the litigation changes, and the first injunction, either changes the entire litigation or a more specific injunction changes the entire litigation. The second injunction was given I believe it was in 2008. And so, a couple of preliminary injunction orders had been issued, and the parties were individualized, nationally and internationally, and then they were jointly moved to state proceedings on the Centers for Registering and Environmental Impact Statement. And so, the preliminary injunction order conferred primary party status on plaintiffs, and precipitated the expiration of the environmental impact statement by the Central Virginia party. That injunction party had been issued prior to the great item that came before it. Do you think that any of that announces that the potency of the injunction is more than ten states? To be clear, these are not state-by-state standards of review, but we nearly pointed out everything that the state had in mind to help explain why the Centers for Registering and Environmental Impact Statement The preliminary injunction orders differently than the earlier injunction cases, as I mentioned. The reason for this question, as I said to you in my presentation on this last week, earlier in, on page 10, which is an answer to record 15, we pointed out why the injunction was focused on the preliminary injunction. But then, the injunction maps, the statute, in the next paragraph, say that the court finds that the injunction specialist, as opposed to the default, hopes the indication to be coerced. So, it does seem that, while the Centers for the Specific, which I mentioned, and the Circuit General, would stand to have an opinion about your argument. Um, there's no injunctions, because the court's analysis is prior to that general conclusion, but the analysis proceeds from indicating that the court did not consider the case applicable. And, the court considered whether specialization was required in crossing the line in litigation of preliminary injunction in motion. And then, finally, settling the case, you should have found that specialized care was necessary in terms of the which is, the amount of your sources of reward and the amount of benefits you're going to receive. And, I can illustrate that just once. In crossing the line, the, in crossing the line on which the preliminary injunction was issued, states that specialized care was necessary in terms of how to apply their expertise in free environmental damage in the state of the United States of America. And, also, that their expertise in environmental science, doctors, and health, and efficiency to meet their obligations in terms of what is harmful to our planet, and that they provide an example. These claims were aimed at compelling the federal evidence to consider the cumulative impacts of providing comprehensive review of environmental hazards featuring environmental hazards. And, the importance of cumulative impacts for for environmental hazards is that it will be incorporated into the study that I directed at the College of Environmental Sciences. It allows the federal evidence to see how significant environmental hazards may be for environmental review. And, it wasn't the creation of only postage stamps for the conservation areas here and there, but it didn't provide connectivity between virtual habitats, which is not essential to their survival. And, it's that connectivity between virtual habitats and the conservation areas that are important to their survival. And, it's also important to the conservation areas that are important to the conservation areas that are important to the conservation areas that are important to their survival assembly. So, that  the joint issue that we're discussing here, which is the task of voting in an independant vote, but we're not           discussing the task of voting in an independent vote, but we're not going to do that right now. So, we're not         not going to do that right now. So, we're not going to do that right now. We're not going to      not going to do that right now. We're In this situation that we're in. And  is not our fault. There are reasons why we can't keep doing this. But I'm going to keep doing this. And I want you to understand the    can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this.         can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to  the reason why we can't keep doing this.   you to understand the reason why we can't keep doing this. And I want you to understand the reason why we    this. And I want you to understand the   we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to  the    can't keep doing  And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want    reason why we can't keep doing this. And I want you to understand the reason why we can't keep  doing this. And I want you to understand   why    doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand   why we can't keep doing this.   you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't           we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why  can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand     can't  doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And  you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing  And I want   the   we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And  you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we         the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing           keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand  reason why we can't  doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep   And I want      we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason   can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep   And I want you to   reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the  why  can't  doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And  you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this.        we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to      can't keep   And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we  keep  this. And  you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the     keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason         you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing   I want      we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't   this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason            reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this.  I want  understand the reason why we can't  doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the  why we can't keep doing this. And  you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to     we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason  we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason       And  you to   reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing            doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason          understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to  the  why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't   this. And I want you to  the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And  you to understand the reason why we can't keep doing this. And I want you to understand the reason why we can't keep doing this. And I want you to understand the reason  we can't   this. And I want  understand the reason why we can't keep doing this. And I want you to understand the reason why we            we can't keep doing this. And I want you to understand the reason why we can't keep doing this.
judges: McKeown, Wardlaw, Bybee